1
2
3
4
5
6
7
8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11   SAMER MASHER,                    )   NO. EDCV 08-01689 VBF (SS)
                                      )
12              Plaintiff,            )
                                      )   **ORDER ADOPTING FINDINGS,**
13        v.                          )
                                      )   **CONCLUSIONS AND RECOMMENDATIONS**
14   COUNTY OF SAN BERNARDINO, SAN    )
     BERNARDINO COUNTY SHERIFF, GARY  )   **OF UNITED STATES MAGISTRATE JUDGE**
15   PENROD, DEPUTY JOHNSON, CAPTAIN  )
     JOHN McMAHAN, DOES 1 THROUGH 10, )
16                                    )
                Defendants.           )
17   _____)

18

19        Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings,

20   records and files herein, and the Magistrate Judge's Report and

21   Recommendation.   The time for filing Objections to the Report and

22   Recommendation has passed and no Objections have been received.

23   Accordingly, the Court accepts and adopts the findings, conclusions and

24   recommendations of the Magistrate Judge.

25   \\

26   \\

27   \\

28   \\

Accordingly, IT IS ORDERED THAT:


1.   The Complaint is DISMISSED and Judgment shall be entered in favor of Defendants on the entire Complaint.


2.   The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Plaintiff.

DATED: February 25, 2009

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

2