# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMER MASHER,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY SHERIFF, GARY PENROD, DEPUTY JOHNSON, CAPTAIN JOHN McMAHAN, DOES 1 THROUGH 10,<br><br>　　　　Defendants. | NO. EDCV 08-01689 VBF (SS)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 25, 2009

*Valerie Baker Fairbank*
───────────────────────
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE